# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Frederic | U.S. District Court | 04/18/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

225 Cadman Plaza E.
Eastern District Court of NY
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Frederic Block, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LYCOMING COLLEGE | 10/3/13-10/4/13 | WILLIAMSPORT, MA | NON-FJC EDUCATIONA SEMINAR- GUEST SPEAKER | SEMINAR |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Frederic** | 04/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | ALLIANCEBERNSTEIN GLOBAL | B | Dividend | K | T | Buy | 01/11/13 | K | | |
| 2. | BLACKROCK NY MUNI INC. | B | Dividend | K | T | | | | | |
| 3. | BLACKROCK MUNIYIELD NY QLT | B | Dividend | K | T | | | | | |
| 4. | CALAMOS STRAT TOT RETURN FD | C | Dividend | K | T | | | | | |
| 5. | EATON VANCE TX-AD GL DIV GLOBAL DIV INC FD | C | Dividend | L | T | | | | | |
| 6. | EATON VANCE TAX DIV INC DIV INC FD | C | Dividend | L | T | | | | | |
| 7. | FIA CARD SERVICES NA | A | Interest | J | T | | | | | |
| 8. | GLOBAL X SUPERDIVI ETF | C | Dividend | K | T | Buy | 04/11/13 | K | | |
| 9. | GUGGENHEIM S&P 500 PURE | A | Dividend | K | T | Buy | 05/15/13 | K | | |
| 10. | GUGGENHEIM SPIN-OFF ETF | A | Dividend | J | T | Buy | 05/14/13 | J | | |
| 11. | INVESTCO SENIOR INC TRUST | C | Dividend | K | T | | | | | |
| 12. | ISHARES IBOXX$ HIGH YIEL CORP BD FD | B | Dividend | K | T | | | | | |
| 13. | ISHARES SELECT DIV ETF | B | Dividend | K | T | Buy | 05/20/13 | K | | |
| 14. | ISHARES US OIL & GAS EXPL & PRODUC. | A | Dividend | K | T | Buy | 05/14/13 | J | | |
| 15. | ISHARES DOW JONES US FINL | A | Dividend | K | T | Buy | 05/30/13 | J | | |
| 16. | ISHARES US CONSUMER SERVICES ETF | A | Dividend | K | T | Buy | 05/23/13 | K | | |
| 17. | ISHARES US CONSUMER GOODS ETF | A | Dividend | K | T | Buy | 05/14/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ISHARES US INDUSTRIALS ET | A | Dividend | K | T | Buy | 05/14/13 | K | | |
| 19. NFJ DIV INT PREM STRAT AND PREM STRAT FD(aLLIANZGI) | C | Dividend | K | T | | | | | |
| 20. NUVEEN NY INV QUAL MUNI | C | Dividend | | | Sold | 04/11/13 | K | | |
| 21. NUVEEN NY SEL QUAL MUNI | C | Dividend | | | Sold | 05/23/13 | L | A | |
| 22. NUVEEN QUAL PREF INC 2 | C | Dividend | | | Sold | 03/21/13 | K | C | |
| 23. POWERSHARES S&P 500 | A | Dividend | | | Sold | 01/11/13 | K | | |
| 24. POWERSHARES ETF TR DYNAMIC MEDIA PROTF | A | Dividend | J | T | Buy | 05/14/13 | J | | |
| 25. POWERSHARES EXCHANGE | A | Dividend | K | T | Buy | 11/13/13 | K | | |
| 26. POWERSHARES BUYBACK ACHVRS | A | Dividend | J | T | Buy | 05/14/13 | J | | |
| 27. SPDR S P DIVID ETF | A | Dividend | | | Sold | 02/27/13 | K | B | |
| 28. WESTERN ASSET HIGH INC OPPT F | B | Dividend | K | T | | | | | |
| 29. WISDOMTREE TRUST JAPAPN HEDGED EQ. FD. | A | Dividend | K | T | Buy | 05/23/13 | K | | |
| 30. IRA - F. BLOCK | | | | | | | | | |
| 31. ALLIANCEBERNSTEIN GLOBAL HIGH | C | Dividend | K | T | Buy | 01/11/13 | K | | |
| 32. BLACKROCK EQUTY DIV FD C | A | Dividend | | | Sold | 01/03/13 | K | C | |
| 33. BLACKROCK INTL GROWTH & INCOME TR | C | Dividend | K | T | Buy | 07/15/13 | K | | |
| 34. CALMOS STRAT TOT RET RETURN FD | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DWA TECH LEADERS PORT PWERSHRS ETF | A | Dividend | | | Sold | 01/03/13 | K | A | |
| 36. EATON VANCE TAX DIV INC DIV INC FD | B | Dividend | K | T | Buy | 01/04/13 | K | | |
| 37. EATON VANCE TX-AD GL DIV GL DIV INC FD | B | Dividend | K | T | Buy | 01/04/13 | K | | |
| 38. EATON VANCE ENH INC FD II | B | Dividend | K | T | Buy | 07/24/13 | K | | |
| 39. FIRST TRUST US IPO INDEX FD | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 40. FIRST TR NASDQ 100 EQ | A | Dividend | J | T | Buy | 08/02/13 | J | | |
| 41. FIRST TR EXCHANGE TRADED FD DOW JONES IN | A | Dividend | K | T | Buy | 04/30/13 | K | | |
| 42. FIDELITY AVB INTERM BD. FD. CL C | A | Dividend | | | Sold | 01/03/13 | K | A | |
| 43. FIRST EAGLE GLOBAL CL C | C | Dividend | | | Sold | 09/06/13 | K | C | |
| 44. FRANKLIN RISING DIV. FD. CL. C | A | Dividend | | | Sold | 09/06/13 | K | C | |
| 45. ISHARES DJ US CONS GOOD SEC INX FD | A | Dividend | | | Buy | 02/27/13 | K | | |
| 46. ISHARES DJ US CONS GOOD SEC INX FD | A | Dividend | | | Sold | 05/10/13 | K | B | |
| 47. ISHARES DOW JONES INTN SELECT DIV INX FD | B | Dividend | | | Buy | 01/02/13 | K | | |
| 48. ISHARES DOW JONES INTN SELECT DIV INX FD | B | Dividend | | | Sold | 08/09/13 | K | A | |
| 49. ISHARES NASDAQ BIOTECH ETF | B | Dividend | K | T | Buy | 09/27/13 | K | | |
| 50. ISHARES SELECT DIV ETF | B | Dividend | L | T | Buy | 01/04/13 | K | | |
| 51. ISHARES US HEATHCATE | A | Dividend | K | T | Buy | 02/27/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES S&P 100 INDEX FD | A | Dividend | | | Sold | 03/04/13 | K | C | |
| 53. ISHARES HIGH DIV EQ FD | B | Dividend | | | Sold | 01/03/13 | L | | |
| 54. ISHARES US FIN SER ETF | A | Dividend | | | Buy | 07/17/13 | K | | |
| 55. ISHARES US FIN SER ETF | A | Dividend | | | Sold | 07/17/13 | K | | |
| 56. ISHARES US HEALTHCARE | A | Dividend | | | Buy | 02/27/13 | J | | |
| 57. ISHARES US HEALTHCARE | A | Dividend | | | Sold | 11/07/13 | J | A | |
| 58. JP MORGAN INC BUILDER FD CL C | B | Dividend | | | Buy | 01/14/13 | K | | |
| 59. JP MORGAN INC BUILDER FD CL C | B | Dividend | | | Sold | 06/27/13 | K | | |
| 60. WELLS FARGO ADVANTAGE MULTI SECTOR INC. FD. | C | Dividend | K | T | | | | | |
| 61. J HANCOCK PREF INC 2 | A | Dividend | | | Sold | 01/17/13 | K | B | |
| 62. FIA CARD SERVICES NA RASP | A | Interest | J | T | | | | | |
| 63. LOOMIS SAYLES SR FLOAT RET & FIXD INC FD CL A | C | Dividend | L | T | Buy | 06/27/13 | K | | |
| 64. LOOMIS SAYLES VALUE FD CL A | A | Dividend | L | T | Buy | 05/16/13 | L | | |
| 65. LOOMIS SAYLES GR FD CL A | A | Dividend | L | T | Buy | 05/16/13 | L | | |
| 66. LOOMIS SAYLES STRAT INC FD CL C | C | Dividend | L | T | | | | | |
| 67. LOOMIS SAYLES CORE PLUS BD FD CL A | A | Dividend | | | Sold | 01/25/13 | K | A | |
| 68. LOOMIS SAYLES CORE PLUS BD FD CL A | A | Dividend | | | Sold | 01/29/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LORD ABBETT INFL FOCD FD CL C | A | Dividend | | | Buy | 02/15/13 | K | | |
| 70. LORD ABBETT INFL FOCD FD CL C | A | Dividend | | | Sold | 07/02/13 | K | | |
| 71. LORD ABBETT FLOATING RATE FD CL C | B | Dividend | K | T | Buy | 07/11/13 | K | | |
| 72. LORD ABBETT SHORT DUR. INC. FD. C | B | Dividend | | | Sold | 06/26/13 | L | | |
| 73. NATIXIS OAKMARK INTNL FD CL A | A | Dividend | K | T | | | | | |
| 74. NATIXIS US MULTI CAP EQ FD CL A | | None | L | T | Buy | 07/25/13 | L | | |
| 75. NATIXIS DIVERSIFIED INC PRTFOLIO A | B | Dividend | | | Sold | 05/17/13 | K | D | |
| 76. ALLIANZGI NFJ DIVID INT &PR(NFJ DIV INT PREM STRAT AND PREMIUM STRAT) | C | Dividend | K | T | | | | | |
| 77. NUVEEN BUILD AMER BD FD | C | Dividend | | | Sold | 02/20/13 | L | C | |
| 78. NUVEEN QUAL PREF INC 2 | B | Dividend | | | Sold | 01/17/13 | K | B | |
| 79. PIMCO BUILD AMERICA BD EX TRDED FD | B | Dividend | K | T | Buy | 02/14/13 | K | | |
| 80. PIMCO INTL STOCKPLUS AR | B | Dividend | | | Buy | 05/10/13 | K | | |
| 81. PIMCO INTL STOCKPLUS AR | B | Dividend | | | Sold | 09/06/13 | K | | |
| 82. PIMCO STOCKSPLUS TOTAL RETURN FD CL C | C | Dividend | L | T | | | | | |
| 83. PIMCO INCOME FD CL C | C | Dividend | | | Sold | 02/15/13 | K | C | |
| 84. POWERSHARES EXCH TRADED FD TR HIGH YIELD | B | Dividend | K | T | Buy | 08/06/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | POWERSHARES QQQ TR UNITS SER 1 | A | Dividend | | | Sold | 03/04/13 | K | B | |
| 86. | POWERSHARES S&P 500BUYWRITE PORTFOLIO | B | Dividend | | | Sold | 01/16/13 | K | | |
| 87. | PRUDENTIAL JENNISON EQ INC FD CL C | B | Dividend | | | Sold | 06/10/13 | L | D | |
| 88. | PRUDENTIAL TOTAL RETURN BD FD CL C | B | Dividend | | | Sold | 02/15/13 | L | B | |
| 89. | RS TECHNOLOGY FD CL C | | None | | | Sold | 03/22/13 | K | A | |
| 90. | SPDR BARCLAYS CONVBL SEC ETF | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 91. | TEMPLETON GLOBAL BD FD CL C | B | Dividend | | | Sold | 04/25/13 | L | A | |
| 92. | WESTERN ASSET HIGH INC OPPT FD | C | Dividend | K | T | | | | | |
| 93. | WISDOMTREE TR JAPAN HDG FD | A | Dividend | | | Buy | 01/11/13 | J | | |
| 94. | WISDOMTREE TR JAPAN HDG FD | A | Dividend | | | Sold | 05/02/13 | K | B | |
| 95. | BANK OF SMITHTOWN | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/18/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederic Block**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544